180209.1
Milton Springut, Esq. (MS6571)
Tal S. Benschar, Esq. (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
Tel: (212) 813-1600
Fax: (212) 813-9600



*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
VAN CLEEF & ARPELS LOGISTICS, S.A. and  :
VAN CLEEF & ARPELS, INC,                :     Civil Action
                                        :
        Plaintiffs,                     :     No.
                                        :
    v.                                  :     **DISCLOSURES PURSUANT TO**
                                        :     **RULE 7.1 AND LOCAL CIVIL**
JERI COHEN JEWELRY, INC.;               :     **RULE 1.9**
and JOHN DOES 1-10,                     :
                                        :
        Defendants.                     :
----------------------------------------------------------x

    Pursuant to Federal Rules of Civil Procedure Rule 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    Compagnie Financiere Richemont, S.A.

    Richemont S.A., Luxembourg

Respectfully submitted,

KALOW & SPRINGUT LLP

Dated: August 7, 2008         By: _____
                                  Milton Springut (MS6571)
                                  Tal S. Benschar (TSB0838)