Paul C. Kurland, Esq.
Michael H. DuBoff, Esq.
SNOW BECKER KRAUSS P.C.
605 Third Avenue
New York, NY 10168
(212) 687-3860

*Attorneys for Defendants*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VAN CLEEF & ARPELS LOGISTICS, S.A. and
VAN CLEEF & ARPELS, INC.,

                Plaintiffs

v.

JERI COHEN JEWELRY, INC.; and
JOHN DOES 1-10,

                Defendants.

------------------------------------------------------------x

Civil Action

No. 08-7073

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiffs and Defendant that Defendant's time to answer is extended from August 29, 2008 to September 19, 2008.

Dated: August 27, 2008

PLAINTIFFS
VAN CLEEF & ARPELS LOGISTICS, S.A.
and VAN CLEEF & ARPELS, INC.

KALOW & SPRINGUT LLP
*Counsel for Plaintiffs*

By: _____
    Milton Springut, Esq.
    Tal S. Benschar, Esq.
488 Madison Avenue, 19th Floor
New York, NY 10022
Tel: (212) 813-1600
Fax: (212) 813-1600

Dated: August 26, 2008

DEFENDANT
JERI COHEN JEWELRY, INC.

SNOW BECKER KRAUSS, P.C.
*Counsel for Defendant*

By: _____
    Paul C. Kurland, Esq.
    Michael H. Du Boff, Esq.
605 Third Avenue, 25th Floor
New York, NY 10158-0125
Tel: (212) 687-3860
Fax: (212) 949-70

SO ORDERED:

Dated: August 27, 2008
       New York, New York

_____
Hon. Shira A. Scheindlin, U.S.D.J.